

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Margaret Noble ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | Case No. 98-1249 |
| ) | |
| Tharaldson Enterprises, Inc., ) | |
| et al. ) | |
| Defendant ) | |

O R D E R

With permission of plaintiff counsel the sealed document(s) in the above case (Exhibit #6 admitted 5/7/2000) is ordered shredded by the Clerk.


s/ Joe B. McDade
_____
U. S. District Judge


DATE: 12/20/2007